

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-20-00077-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Suzanne L. **SMITH** and Claudia Acevedo,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19949 2018CI22682
Honorable Larry Noll, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before April 20, 2020.

_____
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court